UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

RICHARD MALCOLM,

        Defendant

11-M-064

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses the complaint against Richard Malcolm.

**DATED:** Buffalo, New York, July 18, 2011.

WILLIAM J. HOCHUL, JR.
United States Attorney

BY: _____
GRETCHEN L. WYLEGALA
Assistant U.S. Attorney
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 822
Gretchen.Wylegala@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

_____
H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: July 19, 2011